UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| AUTUMN G., | Civil No. 3:20-CV-05551-MAT |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability insurance benefits and supplemental security income under Titles II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for a de novo hearing and a decision by an administrative law judge (ALJ). On remand, the ALJ will reassess the medical opinions; reassess Plaintiff's testimony and residual functional capacity as necessary in light of the above; and if the case proceeds to step five, call the services of a vocational expert to clarify whether there are jobs in the national economy existing in significant numbers that Plaintiff can perform.

Page 1       ORDER - [3:20-CV-05551-MAT]

Plaintiff may be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

DATED this <u>9th</u> day of April, 2021.

*(signature)*
Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Sarah L. Martin
SARAH L. MARTIN
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-3705
Fax:  (206) 615-2531
sarah.l.martin@ssa.gov